*Ralph B. Umsted,* with him *David L. Levan,* for appellant.

*Ellis Brodstein,* for appellee.

OPINION PER CURIAM, March 20, 1950:
The order of the learned court below is affirmed on the able opinion of Judge SHANAMAN.

Gross *v.* Simsack, Appellant.

Argued January 3, 1950. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

340

342

*William Langton Rubin,* for appellant.

*A. Benjamin Scirica, Walton Coates* and *Smillie, Bean & Scirica,* for appellee, were not heard.

Opinion per Curiam, March 20, 1950:
The judgment of the court below is affirmed on the opinion of Judge Corson.